UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICO HAYES, | ) | 1:05-CV-00035-AWI-DLB-P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME TO |
| | ) | FILE FIRST AMENDED COMPLAINT |
| | ) | (DOCUMENT #14) |
| v. | ) | |
| | ) | |
| CHRISTINE MILLIGAN, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens vs. Six Unknown Agents</u>, 403 U.S. 388 (1971). On October 3, 2005, plaintiff filed a motion to extend time to file his first-amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his first-amended complaint.

IT IS SO ORDERED.

Dated:   November 3, 2005                       /s/ Dennis L. Beck
3c0hj8                                       UNITED STATES MAGISTRATE JUDGE