IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO R. HAYES,

        Plaintiff,                       No. CIV 05-00035 ALA P

    vs.

CHRISTINE MILLGAN, et al.,

        Defendants.               <u>ORDER</u>

_____/

      On August 13, 2007, the Court issued an order directing Defendants Christine Milligan, Robert Brown, and David Edwards to show cause, on or before September 17, 2007, why the Court should not disregard their July 5, 2007 motion to dismiss for failure to comply with Local Rule 5-135(c). *See* Docket No. 37. Defendants submitted a responsive declaration on August 13, 2007, demonstrating that the motion to dismiss complied with Local Rule 5-135(c) because Defendants had attached a proof of service to a declaration submitted with the motion. *See*

///
///
///
///
///

1  Docket No. 38.  Consequently, IT IS HEREBY ORDERED that this Court's August 13, 2007
2  Order to Show Cause is discharged.
3
4  DATED:  August 16, 2007
5                                                              /s/ Arthur L. Alarcón
                                                                UNITED STATES CIRCUIT JUDGE
6                                                               Sitting by Designation