IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO R. HAYES,

        Plaintiff,                    No. CIV 05-00035 ALA P

    vs.

CHRISTINE MILLGAN, et al.,

        Defendants.            <u>ORDER</u>

_____/

      Plaintiff has requested an extension of time to file a response to Defendants motion to dismiss pursuant to the court's order of August 16, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

1.     Plaintiff's September 21, 2007 motion for an extension of time is granted; and

2.     Plaintiff is granted thirty-five days from the date of this order in which to file and serve his response.

DATED: September 27, 2007

                                                        /s/ Arthur L. Alarcón
                                                        UNITED STATES CIRCUIT  JUDGE
                                                        Sitting by Designation