IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICO R. HAYES,

      Plaintiff,                    No. CIV 05-00035 ALA P

  vs.

CHRISTINE MILLGAN, et al.,

      Defendants.            <u>ORDER</u>
_____/

      Plaintiff Rico Hayes has filed a document entitled "Response to Show Cause Why Civil Action Should Not be dismissed." In that document, Plaintiff states that he is "in the process of completing my cause (sic)" and needs time to "find a way to get to the law library."

      Plaintiff's filing will be interpreted as a request for an extension of time to respond to the court's August 16, 2007 order.

/////

/////

      Therefore, good cause appearing, IT IS HEREBY ORDERED that:

          1.     Plaintiff's October 23, 2007 motion for an extension of time is granted; and

-1-

2. Plaintiff is granted forty-two (42) days from the date of this order in which to file his response.

/////

DATED: October 24, 2007

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation